# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Old Second National Bank

                                 Plaintiff,

v.                                                         Case No.: 1:25−cv−03326
                                                               Honorable Mary M. Rowland

Printed Mint LLC, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the notice of voluntary dismissal [6]. Pursuant to FRCP 41(a)(1)(A)(i), this action is dismissed without prejudice. Each party to bear its own costs and fees. All pending deadlines stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.